IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                   **8:24CR190**

          vs.

DUSTIN ALAN ROBBINS,                                            **ORDER**

                    Defendant.

 

Initial Appearance on Revocation Proceedings set for 2/26/2026 at 1:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Ryan C. Carson as to defendant Dustin Alan Robbins. The defendant must be present. The United States Marshal shall use reasonable force as necessary to facilitate the defendant's appearance as ordered.

Dated this 26th day of February, 2026.

                                        BY THE COURT:

                                        s/ Ryan C. Carson
                                        United States Magistrate Judge